UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

MARCUS QUINCY ROSS,                    )
                                       )
          Petitioner,                  )          Civil Action No. 09-CV-152-ART
                                       )
vs.                                    )
                                       )
J.C. ZUERCHER,                         )          **JUDGMENT**
                                       )
          Respondent.                  )
                        *****  *****  *****  *****

   Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil

Procedure it is **ORDERED AND ADJUDGED** that the petition filed pursuant to 28 U.S.C.

§ 2241 by Marcus Quincy Ross against J.C. Zuercher, Warden as Respondent, R. 2 and R. 3, is

**DENIED**, and Judgment is **ENTERED** in favor of the Respondent.

   This the 12th day of February, 2010.



**Signed By:**

*Amul R. Thapar*

**United States District Judge**